JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA MATHERS,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant(s). | Case No.: 8:25-cv-00861-RGK-JDE<br><br>[PROPOSED] ORDER RE STIPULATION TO DISMISS WITH PREJUDICE<br><br>[20] |

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 9/30/2025

By: /s/ Gary Klausner

R. Gary Klausner
United States District Judge